# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARAH R LEE,<br><br>                 Plaintiff,<br><br>    v.<br><br>ASPLUNDH TREE EXPERT COMPANY,<br><br>                 Defendant. | CASE NO. C17-719-MJP<br><br>ORDER APPROVING PROPOSED DISCOVERY PLAN AND REQUEST FOR FEES AND COSTS |

THIS MATTER comes before the Court on Defendant's Notice of Proposed Discovery Plan (Dkt. No. 18) and Calculation of Fees and Costs incurred in bringing its Motion to Compel (Dkt. No. 17.) The Court rules as follows:

1. Having reviewed Defendant's Notice of Proposed Discovery Plan, the Court APPROVES the plan for forensic examination of Plaintiff's cell phone(s). Plaintiff must submit her cell phone(s) to Defendant for inspection within five (5) days of the date of this Order. Plaintiff is advised that failure to comply with this Order may result in sanctions, including dismissal of this action.

2. Having previously granted, by Order dated December 29, 2017, Defendant's reasonable attorneys' fees and costs incurred in bringing its Motion to Compel, and having considered the Calculation of Fees and Costs in support thereof, the Court GRANTS Defendant's Request for Fees and Costs and hereby awards to Defendant fees in the amount of $1,600.00. Plaintiff is ORDERED to pay this amount to Defendant within fifteen (15) days of the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 8, 2018.

Marsha J. Pechman
United States District Judge