UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH R R. LEE,<br><br>                Plaintiff,<br><br>    v.<br><br>ASPLUNDH TREE EXPERT COMPANY,<br><br>                Defendant. | CASE NO. C17-719-MJP<br><br>ORDER GRANTING MOTION TO WITHDRAW |

Having considered the Motion to Withdraw as Counsel for Plaintiff (Dkt. No. 20) and all related papers, the Court GRANTS Counsel's Motion to Withdraw. It is hereby ORDERED that attorney Donna L. Mack of the law firm Emerald Law Group, PLLC, shall be permitted to withdraw as counsel for Plaintiff Sarah R. Lee.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 12, 2018.

                                        Marsha J. Pechman
                                      United States District Judge